# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JEFFREY HOYDIC,

    Plaintiff,

vs.                                        Case No. 4:22-cv-00239-AW-MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, FLORIDA
DEPARTMENT OF TRANSPORTATION,
CENTURION OF FLORIDA, LLC, and
MHM HEALTH PROFESSIONALS, LLC,

    Defendants.
_____/

## DECLARATION OF DEANA JOHNSON

I, Deana Johnson, pursuant to 28 U.S.C. § 1746, make this declaration under penalty of perjury, declare that the statements made below are true, and state:

1. I am an attorney licensed by the State of Georgia. I am an Executive Vice President and General Counsel for Centurion, LLC and all of its wholly owned subsidiaries, including Centurion of Florida, LLC ("Centurion") and MHM Health Professionals, LLC ("MHMHP"). Through my position and corresponding duties as an Executive Vice President and General Counsel, I have personal knowledge of the facts stated herein, and they are true and correct.

2. Centurion is a Florida limited liability company that provides contractually specified health care services to incarcerated individuals pursuant to a contract between Centurion and the Florida Department of Corrections ("FDC").

3. MHMHP provides the staff to work pursuant to Centurion's contract with FDC.

4. When Centurion or MHMHP is sued for medical malpractice, notices of intent must be served on Centurion and MHMHP in accordance with § 766.106(2)(a), Florida Statutes.

5. Centurion's agent for service of process, CT Corporation System, has been registered with the Florida Secretary of State's Office, beginning on November 12, 2015.

6. MHMHP's agent for service of process, CT Corporation System, has been registered with the Florida Secretary of State's Office, beginning on February 4, 2019.

7. Neither Centurion nor MHMHP received a notice of intent from Mr. Hoydic through CT Corporation System, either before or after he filed the instant lawsuit.

8. Additionally, to the best of my knowledge, service has not been completed by any other allowable means on Centurion or MHMHP as neither entity has any record of receiving notices of intent from Mr. Hoydic.

*Deana Johnson*
DEANA JOHNSON
An Executive Vice President and
General Counsel, Centurion LLC

Executed on: 7/19/2022

3