## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**JEFFREY HOYDIC,**

     **Plaintiff,**

**v.**                       **Case No. 4:22-cv-239-AW-MAF**

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

     **Defendants.**

_____/

## ORDER REQUIRING RESPONSE TO MOTION

On July 19, Defendants Centurion of Florida and MHM Health Professionals moved to dismiss. ECF No. 11. The court's rules require a response within fourteen days, Fla. N.D. Loc. R. 7.1(E), but Plaintiff has not responded—even after being granted an extension through August 8 (ECF No. 15).

Plaintiff must file his response by August 15. As the rules provide, "the Court may grant a motion by default if an opposing party does not file a memorandum as required." Fla. N.D. Loc. R. 7.1(H). No response filed after August 15 will be considered.

SO ORDERED on August 11, 2022.

s/ *Allen Winsor*_____
United States District Judge